# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:   Rebecca Anne Walker           )   Case No. 18-17303
                                       )   Chapter 13 Proceedings
         Debtor                        )   Judge Jessica E. Price Smith

## TRUSTEE'S MOTION FOR ORDER DETERMINING DISCHARGE INELIGIBILITY

Now comes **LAUREN A. HELBLING**, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, and hereby moves this Honorable Court for an order determining that the Debtor(s) are not eligible for discharge in this case. In support of her motion, Trustee makes the following representations to the Court:

Pursuant to §1328(f) of the Bankruptcy Code, the history of the previous Bankruptcy filings of the Debtor(s) has rendered the Debtor(s) ineligible for a discharge in the case at bar.

| Case No. | Date Filed | Chapter |
|---|---|---|
| 16-12657 | 5-12-16 | 7 |

**WHEREFORE**, your Trustee, being a proper party in interest, hereby moves this Honorable Court to grant this Motion determining the Debtor(s) are not eligible for a discharge in this case for the reasons cited.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on December 17, 2018, a true and correct copy of Trustee's Motion for Order Determining Discharge Ineligibility was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Office of the U.S. Trustee (served via ECF)

And by regular U.S. mail, postage prepaid, on:

    Rebecca Anne Walker, Debtor *Pro Se* at 252 W College Street, Oberlin, OH 44074

    JP Morgan Chase Bank, NA, at P.O. Box 183166, Columbus, OH 43218-3166

    PRA Receivables Management, LLC, at PO Box 41021, Norfolk, VA 23541-1021

    /S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com